# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHRISTOPHER COWAN,

        Plaintiff,

v.

JULIA A. BARNETT, M.D., *et al*.,

        Defendants.

Case No. C17-1769-RAJ-MAT

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Defendants' motion to dismiss this action for failure to state a claim (Dkt. 15) and plaintiff's motion for appointment of pro bono counsel (Dkt. 18) are STRICKEN from this Court's motion calendar pending a ruling on defendants' objections to this Court's May 3, 2018 Order inviting plaintiff to file a motion for appointment of pro bono counsel (Dkt. 19). Once the objections have been ruled on by Judge Jones, this Court will, if necessary, re-note the parties' other motions for consideration.

DATED this 23rd day of August, 2018.

                      WILLIAM McCOOL, Clerk

                By    s/ Tomas Hernandez
                          Deputy Clerk

MINUTE ORDER - 1