UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER COWAN,

        Plaintiff,

v.

DR. BARNETT, *et al*.,

        Defendants.

Case No. C17-1769-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's complaint, and this action, are DISMISSED with prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 17th day of July, 2019.

*Richard A. Jones*
_____

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION - 1